Form 704-8B
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In re:                                              )
                                                    )
SARAH DIANE ADAMS              )         Case No.   09-60064
                                                    )
                                                    )
              Debtor(s)                )         Chapter       7
_____ )

**TRANSMITTAL OF SMALL DIVIDENDS**

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Date:   9/03/2009                                           /s/William F. Schneider
                                                            William F. Schneider
                                                            P.O. Box 739
                                                            Lynchburg, VA  24505

Anesthesia Associates                                              $3.91
P.O. Box 13306
Roanoke, VA  24032